UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-31671-RAM

IN RE:

MARIO FERNANDEZ,                              Chapter 7

Debtor

_____/

MOTION TO VOLUNTARILY DISMISS CHAPTER 7 BANKRUPTCY

**COMES NOW THE DEBTOR, MARIO FERNANDEZ,** who moves this court pursuant to U.S.B.C. So. Dist. Local R. 1017-2 and states:

1. The Debtor is 81 years-old and the stress associated with the action is adversely affecting his health.  Further, he has changed his mind and decided to the defend the pending creditor actions without the assistance of the bankruptcy court.

2. The Debtor will confirm his intentions at the 341 hearing which the undersigned has advised him to timely attend.

3. The assets in the estate are secured to the extent that the value of the properties, once sold, will allow for at least a partial recovery of the amounts due.

4. The IRS has previously agreed to allow for an additional year to receive payment for past-due amounts.

5. There is no prejudice to denying the debtor this motion.  The debtor fully understands that such a dismissal will allow the creditors to pursue collection against his assets.

**WHEREFORE, IT IS HEREBY MOVED that the Voluntary Chapter 7 case be dismissed.**

/s/Matthew E. Ladd, Esq.
Matthew E. Ladd, Esq., 668151
4649 Ponce De Leon Blvd., Suite 301
Coral Gables, FL 33146
T: 305-665-3978
C: 305-984-4649
MattLadd@MLLawMiami.com
MARIO A, FERNANDEZ, Debtor

**Certificate of Service**

The undersigned certifies that on January 7, 2016, that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF, which shall be to all parties registered to receive electronic notices in this matter.

/s/Matthew E. Ladd, Esq.
For Debtor

Service List

Trustee/ Maria Yip
2 S. Biscayne Blvd., #2690
Miami, FL 33131

U.S. Trustee
51 S.W. 1st Ave.,
Suite 1204
Miami, FL 33130,

Paul Humbert
Pa@Pahumbertlaw.com
Counsel for Sabadell United Bank, N.A.